PEOPLE v. DOSS

Appeal from Recorder's Court of Detroit, Robert E. DeMascio, J. Submitted Division 1 January 12, 1971, at Lansing. (Docket No. 7058.) Decided February 22, 1971. Leave to appeal denied July 15, 1971, 385 Mich 768.

Marshall Doss was convicted of armed robbery. Defendant appeals. Motion to affirm granted.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Leonard Meyers*, Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow*, State Appellate Defender, for defendant on appeal.

Before: QUINN, P. J., and McGREGOR and BRONSON, JJ.

PER CURIAM. Defendant was convicted by a jury of armed robbery, contrary to MCLA § 750.529 (Stat Ann 1970 Cum Supp § 28.797). His appeal as of right from that conviction is met by a motion to affirm. GCR 1963, 817.5(3).

The single question on appeal is whether the evidence warranted a finding of guilt beyond a reasonable doubt. It is manifest that the question pre-

sented, on which decision of the cause depends, is so unsubstantial as to need no argument or formal submission. The record contains evidence to support the jury's finding of defendant's guilt beyond a reasonable doubt.

Motion to affirm is granted.